**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOI** S
**EASTERN DIVISION**

IN RE:    DEBRA L SHOUSE                                   CASE NO: 07-04578
                                                           CHAPTER 13

         DEBTORS(S)                                        JUDGE: JACK B SCHMETTERER

                                                           NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**    SELECT PORTFOLIO SERVICING

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 18112 | $ 16,208.46 | $ 16,208.46 | $ 16,208.46 |

Total Amount Paid the Trustee                                              $   16,208.46

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

X   Through the Chapter 13 Conduit                    __ Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 06th day of    July, 2012.

Debtor(s)

DEBRA L SHOUSE
14533 S TRUMBULL AV
MIDLOTHIAN IL 60445

Debtors Attorney

DANIEL J WINTER
53 W JACKSON BLVD #725
CHICAGO IL 606040000

Addtional Creditors

FIRST HORIZON HOME LOAN
% GRP FINANCIAL SER CORP
300 HAMILTON AVE 5TH FL
WHITE PLAINS NY 10601

Additional Creditors

CODILIS & ASSOCIATES
15W030 N FRONTAGE RD # 100
BURR RIDGE IL 60527

Mortgage Arrearage Creditor

SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY UT 84165

Electronic Service US Trustee

Date: July 6, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603